RASHEED AL RUSHAID et al., Appellants, v PICTET & CIE et al., Respondents.

Submitted January 17, 2017; decided February 16, 2017

Motion for reargument denied [*see* 28 NY3d 316 (2016)].

Judge WILSON taking no part.